IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MELVIN GAITHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26-cv-532 |
| | ) | |
| OFFICER SAMPLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the United States Magistrate Judge's Order and Recommendation ("Recommendation") recommending *sua sponte* dismissal of Mr. Gaither's complaint without prejudice. *See generally* Dkt. 2. In her Recommendation, the Magistrate Judge notes that Mr. Gaither may re-file his complaint on court-issued forms so long as he signs the complaint and provides sufficient information to allow the Court to review his claims. *Id.* at 2-3. The Clerk's office served notice on Mr. Gaither on June 22, 2026, Dkt. 3, and Mr. Gaither did not file an objection to the Recommendation.

Therefore, the Court need not make a *de novo* determination, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation,'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment). After due consideration, the Magistrate Judge's Recommendation is hereby adopted in full and Mr. Gaither's complaint, Dkt. 1,

is dismissed without prejudice to Mr. Gaither filing a new complaint, on the proper § 1983

forms, which corrects the defects cited by the Magistrate Judge in her Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation,

Dkt. 2, is **ADOPTED**.  **IT IS FURTHER ORDERED** that Mr. Gaither's Complaint, Dkt. 1,

is **DISMISSED** *sua sponte* **WITHOUT PREJUDICE** to Plaintiff filing a new complaint,

on the proper § 1983 forms, which corrects the pleading defects cited by the Magistrate

Judge in her Recommendation.

A separate Judgment dismissing the action will be filed contemporaneously with

this Order.

It is **SO ORDERED**.

This the 29th day of July, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE

2